*G. P. High, Jr.,* with him *John F. Christie, III, Samuel H. High, Jr.,* and *High, Swartz, Roberts & Seidel,* for defendants, appellees.

*Horace A. Davenport,* for defendant, appellee.

OPINION PER CURIAM, April 20, 1972:

Decree affirmed. Under our supervisory powers, we direct the Commissioners of Cheltenham Township to present a plan to reapportion the wards of Cheltenham Township to take effect no later than July 1, 1972. Thereafter, the Court of Common Pleas of Montgomery County is directed to dispose of any and all objections to this plan without undue delay. Costs to be equally divided.

The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the consideration or decision of this case.

## Rotenbury Estate.

Argued January 13, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Vincent J. Dopko,* Deputy Attorney General, with him *Richard N. Spare,* Special Assistant Attorney General-

eral, and *J. Shane Creamer,* Attorney General, for Commonwealth, appellant.

No oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM, April 20, 1972:
Appeal dismissed.

## Solis Adoption Case.

Argued January 14, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Simon J. Denenberg,* with him *Abramson and Denenberg,* for appellant.

*Benjamin Levin* and *John M. Myers,* for appellee.

OPINION PER CURIAM, April 20, 1972:
Decree affirmed. Each party to pay own costs.

## Commonwealth *v.* Kelley, Appellant.

Argued March 13, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.